JUDGE KRAM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      -v.-                           :          INDICTMENT

DARYLL JENNINGS,                  :          07 Cr.

      Defendant.                     :

- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 11 2007

07 CRIM 958

## COUNT ONE

The Grand Jury charges:

1. On or about September 26, 2007, in the Southern District of New York, DARYLL JENNINGS, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about October 5, 2006, of criminal sale of a controlled substance in the fifth degree, a Class D Felony, in violation of New York Penal Law 220.31, in Niagara County Court, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a loaded Helwan, caliber 9 mm, semi-automatic handgun, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO

The Grand Jury further charges:

2. On or about September 26, 2007, in the Southern District of New York, DARYLL JENNINGS, the defendant, unlawfully, willfully, and knowingly, did possess and receive a firearm, to

wit, a loaded Helwan, caliber 9 mm, semi-automatic handgun, which had the importer's and manufacturer's serial number removed, obliterated, and altered, and which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(k).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DARYLL JENNINGS,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 922(g)(1) & 922(k).)


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____ Foreperson.