

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/07

RECEIVED
OCT 25 2007
JUDGE SWEET CHAMBERS

The Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Daryll Jennings,</u>
07 Cr. 958 (RWS)

Dear Judge Sweet:

    The defendant in the above-captioned matter was arrested and presented before Magistrate Judge Ronald L. Ellis on October 5, 2007, and released on the following bail conditions: $100,000 personal recognizance bond, co-signed by three financially responsible persons, including the defendant's mother, and secured by $1,000 cash/property; travel restricted to the Southern and Eastern Districts of New York; surrender of all travel documents and no new applications; strict pretrial supervision; drug testing and treatment; mental health evaluation; and home detention with electronic monitoring. On October 11, 2007, a Grand Jury sitting in this District returned a two-count Indictment charging the defendant with possession of a firearm after having previously been convicted of a felony and possession of a firearm which had its serial number removed or altered, in violation of 18 U.S.C. §§ 922(g)(1) and 922(k). The case was originally assigned to Judge Kram and then was re-assigned to Your Honor.

    Attached please find a copy of the Indictment and the designation sheet.

    Judge Kram has previously referred arraignment to Magistrate Court. At the time of the arraignment before Magistrate Judge Henry B. Pitman on October 17, 2007, Judge Pitman, with the consent of defense counsel, excluded time under the Speedy Trial Act until October 31, 2007. Your Deputy has scheduled a status conference for November 5, 2007, at 4:30 p.m. In the meantime, the Government plans to continue preparing discovery under Rule 16 of the Federal Rules of Criminal Procedure, and thus respectfully requests that the Court exclude time under the Speedy Trial Act until November 5, 2007, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest the public and the defendant in a speedy

The Honorable Robert W. Sweet
October 24, 2007
Page 2

trial. See 18 U.S.C. § 3161(h)(8). I have spoken with defense counsel, Fiona Doherty of the Federal Defender of New York, Inc., who has no objection to this request.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney

By: *[signature]*

                                    Chi T. Steve Kwok
                                    Assistant United States Attorney
                                    Telephone: (212) 637-2415

*So ordered*

*Sweet f USDJ*

*10.25.07*