

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



January 14, 2008

**VIA FACSIMILE**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

So ordered
Sweet USDJ
1.14.08

Re: <u>United States v. Daryll Jennings</u>,
    07 Cr. 958 (RWS)

Dear Judge Sweet,

The Government respectfully submits this letter to request that the status conference, now scheduled for tomorrow, January 15, 2008, at 4:30 p.m., be adjourned until the week of February 4, 2008.

Based on my conversation with defense counsel, Ms. Fiona Doherty of the Federal Defender of New York, today, the Government anticipates that it will be able to reach a disposition with the defendant shortly. The three-week adjournment is necessary for the Government to prepare a proposed plea agreement and for the defense to review it. It is also needed in order to allow defense counsel additional time to review the evidence in the Government's possession before the defendant accepts the plea agreement.

The ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue their discussions with a view to reaching a disposition of this matter and for defense counsel to review discovery. Accordingly, the Government respectfully requests that time be excluded



The Honorable Robert W. Sweet
January 14, 2007
Page 2

under the Speedy Trial Act from tomorrow until the date of the next status conference. I have discussed this request with Ms. Doherty, who consented to the exclusion of time.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                By: _____
                       Chi T. Steve Kwok
                       Assistant United States Attorney
                       Tel: (212) 637-2415

cc:    Fiona Doherty (by fax)
       *Counsel to Daryll Jennings*