UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :

       - v. -                           :    ORDER

DARYLL JENNINGS,                        :
                                                  07 Cr. 958 (RWS)
          Defendant.                   :

- - - - - - - - - - - - - - - - - - - -x

        WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on February 6, 2008;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
            2-7, 2008

                                              THE HONORABLE ROBERT W. SWEET
                                              UNITED STATES DISTRICT JUDGE

[Stamp: RECEIVED FEB 0 7 2008 JUDGE SWEET CHAMBERS]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/8/08]