**MEMORANDUM**

TO:   Honorable Robert W. Sweet  RE: U.S.A. vs. Darryl Jennings
      U.S. District Court Judge  DOCKET #:2007-CR-958-RWS-1

FROM: _Michael J. Fitzpatrick, Chief_
       _Pretrial Services Officer_

*RECEIVED MAR 27 2008 SWEET CHAMBERS*

The attached memorandum was prepared by Pretrial Services Officer
_Leo Barrios_  _212-805-4114_
   Name     Phone Number

will present to Your Honor significant details about the Bail Conditions Which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]  Please inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # _18C_ on _April 10, 08_ at _4:30pm_ .
                             Date         Time

[ ]  I request that a Bail Review Hearing be conducted by:

    [ ]  The presiding Magistrate Judge in courtroom # _5A_

    [ ]  The District Court Judge presiding in Part I.

    [ ]  Judicial Officer at his/her earliest convenience

[ ]  I direct that the U.S. Attorneys office prepare a bench warrant for my signature, for violations of conditions of release.

_____
Judicial Officer  3-27-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

**JUDICIAL OFFICER QUALITY IMPROVEMENT COMMENTS**: This space is available for you to provide us with your thoughts or comments on the quality or content of this report. We are interested in knowing what we could have done differently or better to improve the value of this report to you. Thank you, Michael J. Fitzpatrick, Chief U.S. Pretrial Services Officers.